[No. 21220-3-III.   Division Three.   October 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS J. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00240-8, Vic L. VanderSchoor, J., entered June 21, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 21828-7-III.   Division Three.   October 9, 2003.]

MONARCH MACHINE & TOOL COMPANY, INC., *Appellant*, v. UNITED STATES FIDELITY & GUARANTY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 02-2-50340-6, Robert G. Swisher, J., entered January 27, 2003. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 45529-0-I.   Division One.   October 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04441-6, Norma Smith Huggins, J., entered October 29, 1999. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Kennedy, JJ.

[No. 49460-1-I.   Division One.   October 13, 2003.]

VICTORIA PETERSON, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-22021-9, Helen Halpert, J., entered February 19, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Kennedy, JJ.